# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 20, 2020

## NO. 03-19-00550-CV

**Lloyd London, Appellant**

**v.**

**Ada Jemison, M.D., Psychiatrist and Any Successor, and the Attorney General of Texas, Appellees**

## APPEAL FROM THE 20TH DISTRICT COURT OF MILAM COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND TRIANA
## DISMISSED FOR WANT OF JURISDICTION -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from two medication orders. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.